1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    SEAN DEFFENBAUGH, et al.,

10           Plaintiffs,                          No. C 13-02170 JSW

11      v.

12   FIRST CALIFORNIA MORTGAGE          **ORDER OF DISMISSAL**
     COMPANY, et al.,
13

14           Defendants.
                                        /

15

16        On October 7, 2013, the Court issued an Order to show cause why this case should not

17   be dismissed based on Plaintiffs failure to file timely oppositions to the pending motions to

18   dismiss and for failure to prosecute.  The Court further ordered that Plaintiffs' response to the

19   Order to Show Cause would be due by October 17, 2013, and that if they failed to file a

20   response to the Order to Show Cause by October 17, 2013, the Court would dismiss this case.

21   To date, Plaintiffs have not filed any response to the show cause Order.  Accordingly, the Court

22   GRANTS the pending motions to dismiss as unopposed and DISMISSES this action for failure

23   to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The Clerk is directed to close

24   the file.

25        **IT IS SO ORDERED.**

26   Dated: October 21, 2013

27                                          JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE
28

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SEAN DEFFENBAUGH et al,

          Plaintiff,

  v.

FIRST CALIFORNIA MORTGAGE
COMPANY et al,

          Defendant.

                           /

Case Number: CV13-02170 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sean Deffenbaugh
Lorena Mendoza
3843 Jefferson Street
Napa, CA 94559

Dated: October 21, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**
For the Northern District of California